UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALONZO JOHNSON, JR., | : | Case No. 1:20-cv-248 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| UNITED STATES CONGRESS, | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE (Doc. 6)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on June 24, 2020, submitted a Report and Recommendation, recommending that the Court deny Plaintiff's motion for reconsideration.  (Doc. 6).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. Plaintiff's motion for reconsideration (Doc. 5) is **DENIED**;

3. Within thirty (30) days of the date of this Order, Plaintiff **SHALL** pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action;

4. Plaintiff **SHALL** take notice that his failure to pay the full $400 fee within thirty (30) days of the date of this Order will result in the dismissal of his action; and

5. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date:  7/20/2020  *s/Timothy S. Black*
Timothy S. Black
United States District Judge