# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| ALONZO JOHNSON, JR., | : | Case No. 1:20-cv-248 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| UNITED STATES CONGRESS, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 31, 2020, submitted a Report and Recommendation.  (Doc. 8).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) This case is **DISMISSED** for Plaintiff's failure to pay the full filing fee as ordered by the Court.

2) Plaintiff is assessed the full filing fee of $400.00.

3) The Clerk shall mail a copy of this Order adopting the Report and Recommendation, along with the attached instructions, to the Cashier of the Southern Ohio Correctional Facility in Lucasville, Ohio, and the Cashier is directed as follows:

> The prison's Cashier shall deduct, and forward to the Clerk of Court, 20% of the preceding month's income credited to Plaintiff's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1]

4) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

5) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:    10/6/2020

_s/Timothy S. Black_
Timothy S. Black
United States District Judge

---

[1] The prison cashier's office shall not send payments aggregating more than the amount of the full fee.